# Third District Court of Appeal

## State of Florida

Opinion filed August 20, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-1286
Lower Tribunal No. F08-26940A

————————————

**Kamal Williams,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Kamal Williams, in proper person.

James Uthmeier, Attorney General, for appellee.

Before SCALES, C.J., and GORDO, and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Breedlove v. Singletary</u>, 595 So. 2d 8, 10 (Fla. 1992) ("Habeas corpus is not a second appeal and cannot be used to litigate or relitigate issues which could have been, should have been, or were raised on direct appeal."); <u>White v. Dugger</u>, 511 So. 2d 554, 555 (Fla. 1987) ("[H]abeas corpus is not a vehicle for obtaining additional appeals of issues which were raised, or should have been raised, on direct appeal or which were waived at trial or which could have, should have, or have been, raised in rule 3.850 proceedings.").